ALYSSA MACK, Assistant Federal Defender
Federal Defender Office for the Eastern
District of California
HEATHER WILLIAMS, Federal Defender
801 "I" St., 3rd Floor
Sacramento, CA 95814

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND FUNCK,<br><br>Defendant. | No. 6:17-PO-0577-JDP<br><br>STIPULATION TO VACATE AND RESET STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Raymond Funck, by and through his attorney of record, Assistant Federal Defender Alyssa Mack, that the status conference in the above-captioned matter set for December 18, 2018 be vacated, and the matter be reset for a status conference on January 29, 2019 at 10:00 a.m. Defense counsel has been advised that Mr. Funck is currently incarcerated in Louisiana and will remain so through December 18, 2018. Additionally, it is the parties' understanding that the Court will not be available on December 18, 2018.

Dated: November 20, 2018         /S/  Susan St. Vincent
                                 Susan St. Vincent
                                 Legal Officer
                                 Yosemite National Park

Dated: November 20, 2018         /S/ Alyssa Mack
                                 Alyssa Mack
                                 Assistant Federal Defender
                                 Attorney for Raymond Funck

1

## ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the December 18, 2018 status conference in U.S. v. Funck, case number 6:17-po-00577-JDP, is vacated and the matter is set for status conference on January 29, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: <u>November 20, 2018</u>     _____
UNITED STATES MAGISTRATE JUDGE